IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JAMES FREDERICK, | § § § |
| | § NO. 1-04-1295-T |
| v. | § |
| | § § |
| ELI LILLY & COMPANY, ET AL. | § |

### AGREED ORDER OF DISMISSAL

The parties being in agreement, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the claims of Plaintiff James Frederick, only, against Defendant, Janet Ambler, only, are hereby DISMISSED WITH PREJUDICE by stipulation and agreement.

Entered on this the 20th day of April, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT

COPIES TO ALL COUNSEL

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 04-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:04-CV-01295 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

Patrick M. Ardis
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Sam B. Blair
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Patrick Wayne Rogers
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Marianne Bell Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT